## JAMES DAERIA *v.* COMMISSIONER OF CORRECTION

The petitioner James DaEria's petition for certification for appeal from the Appellate Court, 107 Conn. App. 539 (AC 28494), is denied.

*Jennifer C. Vickery*, special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 10, 2008